# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135647

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JACKIE RAY KING,
        Defendant-Appellant.

SC: 135647
COA: 280966
Genesee CC: 06-019095-FC

_____/

On order of the Court, the application for leave to appeal the November 2, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

p0211